# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

FREDERICK JAMES SCHMIDT,

    Plaintiff,

v.                              CASE NO. 3:20cv5806-MCR-EMT

OKALOOSA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

                                /

## **O R D E R**

The chief magistrate judge issued a Report and Recommendation on September 11, 2020. ECF No. 3. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation, ECF No. 3, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. § 1915A(b)(1).

3. The clerk shall enter judgment accordingly and close this case.

**DONE AND ORDERED** this 9th day of November 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**